CELIA BEITCH, Respondent, v. JULIUS BEITCH, Appellant.—

Present —
Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of the Application of EDGAR J. BERNHEIMER et al., Attorneys at Law, Respondents, for Enforcement of a Lien upon Awards Obtained in a Condemnation Proceeding. 35 STEUBEN STREET REALTY CORPORATION et al., Appellants.—

Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.